**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| Anthony J. Silvestri, | Case No. 16-20640-jjt |
| Debtor. | |
| John Couto and Jane Couto, | |
| Plaintiffs | |
| v. | Adversary Proceeding No.18-02004-jjt |
| Anthony J. Silvestri, | |
| Defendant. | RE: ECF No. 41 |

**ORDER DISMISSING ADVERSARY PROCEEDING**

Upon the Motion, seeking to dismiss this adversary proceeding pursuant to Fed. R. Bankr. P. 7041 (the "Motion", ECF No. 41) filed by John Couto and Jane Couto, Intervenor-Plaintiffs, and upon the Court's consideration of the Motion and finding good cause exists for the reasons stated in the Motion, it is hereby

**ORDERED:** That the Motion, ECF No. 41, is GRANTED; and it is further

**ORDERED:** That Adversary Proceeding No. 18-02004 is DISMISSED without prejudice.

Dated at Hartford, Connecticut this 3rd day of May, 2019.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut